No. 10–6644. HAIYAN LIN v. REED. Ct. App. S. C. Certiorari denied.

No. 10–6657. THARPE v. UPTON, WARDEN. Super. Ct. Butts County, Ga. Certiorari denied.

No. 10–6660. AYALA v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 10–6663. PARKS v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 10–6670. OPREA v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. Sup. Ct. Va. Certiorari denied.

No. 10–6672. INIGUEZ v. CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 10–6673. GRIGGS v. MISSOURI ET AL. C. A. 8th Cir. Certiorari denied.

No. 10–6674. FULLER v. BAZZLE, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 10–6677. HICKINGBOTTOM v. FINNAN, SUPERINTENDENT, WABASH VALLEY CORRECTIONAL FACILITY. C. A. 7th Cir. Certiorari denied.

No. 10–6678. FRIEND v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 10–6680. HUMPHREY v. WARREN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10–6681. GRIFFIN ET AL. v. MILWAUKEE COUNTY, WISCONSIN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 10–6685. GIPSON v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 10–6688. WALLS v. DOSCH. C. A. 7th Cir. Certiorari denied.

No. 10–6696. LAIRD v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.